EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|---|---|
| Designación Miembro de la Comisión de Evaluación Judicial | 2012 TSPR 149<br><br>186 DPR ____ |

Número del Caso: EN-2012-10

Fecha: 2 de octubre de 2012

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Designación Miembro de la
Comisión de Evaluación          EN-2012-10
Judicial

RESOLUCIÓN

San Juan, Puerto Rico, a 2 de octubre de 2012.

En virtud del Art. 8 de la Ley Núm. 91 de 5 de diciembre de 1991, según enmendada, se designa al siguiente abogado como Miembro de la Comisión de Evaluación Judicial:

Lcdo. Francisco Rebollo López

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. La Jueza Asociada señora Pabón Charneco no intervino.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo